# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA, ex rel. BONNIE KELLY,**<br><br>　　　　　　**Plaintiff,**<br><br>　　vs.<br><br>**THE HOUSING AUTHORITY OF THE CITY OF OMAHA, et al.,**<br><br>　　　　　　**Defendants.** | **CASE NO. 8:12CV79**<br><br><br>**ORDER OF DISMISSAL** |

　　This matter is before the Court on the Notice of Dismissal (Filing No. 30) filed by Plaintiff relator Bonnie Kelly, seeking the dismissal of the above-captioned case without prejudice; and the Notice of Consent to Relator's Voluntary Dismissal (Filing No. 31) filed by the United States of America, "consent[ing] to the dismissal of the underlying False Claim Act claims[.]"  The Court finds that the Notices comply with Fed. R. Civ. P. 41(a)(1)(A)(i) and 31 U.S.C. § 3730(b)(1), and the Court concludes that they should be approved.  The Complaint (Filing No. 1) will be dismissed without prejudice.  Accordingly,

　　IT IS ORDERED:

　　1.　　The Notice of Dismissal (Filing No. 30) filed by Plaintiff relator Bonnie Kelly, and the Notice of Consent to Relator's Voluntary Dismissal (Filing No. 31) filed by the United States of America, are approved; and

　　2.　　The above-captioned action is dismissed without prejudice.

　　Dated this 17th day of April, 2013.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge